EDWARD STOKES, as Administrator of the Estate of GEORGE STOKES, Deceased, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued November 24, 1931; decided January 5, 1932.)

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Willard S. Allen* and *George E. Draper* of counsel), for appellant.

*Joseph P. Walsh* and *Frank H. Innes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.